1
2
3
4
5
6
7
8
9
10
11
12

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DARLENE ROSE HEWKIN,                                    O R D E R
                                           Civ. No. 6:10-cv-01434-TC

        Plaintiff,

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

AIKEN, Chief Judge:

        Magistrate  Judge  Coffin  filed  his  Findings  and
Recommendation on May 24, 2012.    The matter is now before me
pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).
When a party objects to any portion of the Magistrate's Findings
and  Recommendation,  the  district  court  must  make  a  de  novo
determination of that portion of the Magistrate's report.    28
U.S.C.  §  636(b)(1)(B);  McDonnell  Douglas  Corp.  v.  Commodore

1 - ORDER

1   Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert.
2   denied, 455 U.S. 920 (1982).

3       Plaintiff timely filed objections (doc. 31), which were
4   considered by this court.  I have given the file of this case a
5   de novo review.  In conclusion, I ADOPT the Magistrate's Findings
6   and Recommendation (doc. 29) that the ALJ's decision is supported
7   by substantial evidence and that plaintiff is not entitled to
8   benefits under Titles II and XVI of the Social Security Act.
9   IT IS SO ORDERED.
10      Dated this 12th day of July 2012.

13
14                              Ann Aiken
15                    United States District Judge